UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA RANGE ELECTRIC, INC., et al.,<br><br>Defendants. | Case No. 24-cv-06548-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 31, 19 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Granting Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation and close the file.

**IT IS SO ORDERED.**

Dated: 7/15/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge