UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA RANGE ELECTRIC, INC., et al.,<br><br>Defendants. | Case No. 24-cv-06548-HSG<br><br>**JUDGMENT** |

For the reasons set forth in Magistrate Judge Westmore's Report and Recommendation Granting Motion for Default Judgment filed on May 21, 2025 and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED

That default judgment is entered in favor of Plaintiffs against Defendants, Sierra Range and Jacob Ray Gonzales, as follows:

(1) Unpaid contributions in the amount of $469,152.54; (2) Liquidated damages in the amount of $85,647.81; (3) Interest on the unpaid contributions and liquidated damages in the amount of $81,026.74; (4) Reasonable attorneys' fees in the amount of $10,320.00; (5) Costs in the amount of $700.00.

Dated at Oakland, California, this 15th day of July, 2025.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.